UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST CALVINO JR.,<br><br>                              Plaintiff,<br><br>            -against-<br><br>DEPARTMENT OF JUSTICES OF PUERTO RICO, et al.,<br><br>                            Defendants. | 1:20-CV-0136 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 31, 2020, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 31, 2020
          New York, New York

                                                            COLLEEN McMAHON
                                                            Chief United States District Judge